# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Jose Meza                                                            Docket No. 7:01-CR-130-1F

### Petition for Action on Supervised Release

COMES NOW Eddie J. Smith, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jose Meza, who, upon an earlier plea of guilty to 21 U.S.C. §§ 846 and 841(a)(1), Conspiracy to Distribute and to Possess with the Intent to Distribute Cocaine and Cocaine Base (Crack), and 18 U.S.C. §§ 924(c)(1)(A) and 2, Carrying a Firearm During and in Relation to a Drug Trafficking Crime and Aiding and Abetting, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on May 15, 2002, to the custody of the Bureau of Prisons for a term of 162 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

2. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

3. The defendant shall abstain from the use of any alcoholic beverages, shall not associate with individuals consuming alcoholic beverages, shall not frequent business establishments whose primary product to the consumer is alcoholic beverages, and shall not use any medication containing alcohol without the permission of the probation office or a prescription from a licensed physician.

On November 24, 2008, as a result of an Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2), the imprisonment sentence was reduced to 102 months. Jose Meza was released from custody on May 18, 2012, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant is currently being supervised in the Southern District of Texas by Senior U.S. Probation Officer Michael A. Stevens. Officer Stevens reports that the defendant has mental health concerns that needs to be addressed. As a result, he is requested that the conditions of supervision be modified to include mental health counseling as directed by the probation office.

Jose Meza
Docket No. 7:01-CR-130-1F
Petition For Action
Page 2

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ Eddie J. Smith<br>Eddie J. Smith<br>U.S. Probation Officer<br>310 Dick Street<br>Fayetteville, NC 28301-5730<br>Phone: 910-483-8613<br>Executed On: May 21, 2012 |

## ORDER OF COURT

Considered and ordered this 22nd day of May, 2012, and ordered filed and made a part of the records in the above case.

James C. Fox
Senior U.S. District Judge